**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>MARK LAYMAN<br>      Plaintiff,<br>v.<br>COOK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br>      Defendants. | MDL No.: 1:14-ML-2570-RLY-TAB<br><br>Civil Action No.: 1:17-cv-02029-RLY-TAB |

**PLAINTIFF'S MOTION TO SUBSTITUTE PARTY**
**AND AMEND THE COMPLAINT**

Plaintiff Mark Layman, by and through undersigned counsel, and pursuant to FRCP 25(a) and 15(a)(2) hereby move the Court to substitute Lawrence Layman, Administrator of the Estate of Mark Layman, as Plaintiff by way of an Amended Short Form Complaint in the form attached hereto as Exhibit 1, and in support, states as follows:

1. Plaintiff Mark Layman filed a Complaint against the Defendants relating to injuries sustained as a result of his Cook IVC Filter.

2. Plaintiff Mark Layman passed away May 29, 2023.

3. Plaintiff's counsel recently learned of Mr. Layman's passing.

4. Plaintiff hereby submits documentation from the Clerk of the Circuit Court of Henrico County appointing Lawrence Layman as the Administrator of Mark Layman's estate, attached hereto as Exhibit B.

5. Federal Rule of Civil Procedure 25(a)(1) provides that "if a party dies and the claim is not

    extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as Exhibit 1, which substitutes Lawrence Layman, Administrator of the Estate of Mark Layman, as Plaintiff.

7. The death certificate of Mark Layman is attached as Exhibit A to the Amended Short Form Complaint.

8. The Suggestion of Death for Mark Layman was filed on January 8, 2025.

9. Counsel for Defendants has indicated that they have no objection to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Substitute Party and Amend the Complaint and order the Clerk to file the Amended Short Form Complaint, attached hereto as Exhibit 1.

DATED: January 27, 2025

                                                   */s/ Stuart L. Goldenberg*
                                                   Stuart L. Goldenberg (MN 0158719)
                                                   Goldenberg Lauricella, PLLC
                                                   800 LaSalle Avenue, Suite 2150
                                                   Minneapolis, MN 54502
                                                   Phone: (612) 335-9960
                                                   slgoldenberg@goldenberglaw.com

                                                   *Counsel for Plaintiff*