# Commonwealth of Virginia
## Department of Health – Office of Vital Records
### Certificate of Death

**State File Number:** 4620550 / 23-031437
**Date Received for File:** JUNE 1, 2023

1. **Full Name of Decedent:** MARK CARLTON LAYMAN
2. **Sex:** MALE
3. **Date of Birth:** [redacted]
4. **Date of Death:** MAY 29, 2023
5. **Age:** 58 Years
6. **Was Decedent Ever in U.S. Armed Forces?:** UNKNOWN
7. **Certificate (U.S. State or Foreign Country):** VIRGINIA
10. **City or Town of Residence:** RICHMOND
11. **County of Decedent's Residence:** HENRICO COUNTY
13. **Zip Code:** 23228
14. **Descent of Hispanic Origin:** NON-HISPANIC
15. **Race:** WHITE
16. **Citizen of What Country:** UNITED STATES OF AMERICA
17. **Usual or Last Occupation:** DISABLED
19. **Marital Status:** NEVER MARRIED
20. **If Married:** N/A
21. **Full Name of Decedent's Father or Parent:** LAWRENCE LAYMAN
22. **Full Name of Decedent's Mother or Parent:** SHIRLEY DULANEY
23. **Informant's Name:** LAWRENCE SCOTT LAYMAN
24. **Relationship:** BROTHER
25. **Name of Hospital or Institution of Death:** HENRICO DOCTORS' FOREST HOSPITAL
27. **City or Town of Death:** RICHMOND
28. **County of Death:** HENRICO COUNTY
29. **Method of Disposition:** CREMATION / INCINERATION
30. **Place of Disposition:** AFFINITY CREMATORY
31. **Place of Disposition Address:** 8074 MECHANICSVILLE TURNPIKE, MECHANICSVILLE, VIRGINIA
32. **Signature of Funeral Director/Licensee:** /S/ J DAVID MULLINS — License No. 0502810015
33. **Name of Funeral Home or Facility:** AFFINITY FUNERAL SERVICE – RICHMOND
   2720 ENTERPRISE PARKWAY, RICHMOND, VIRGINIA 23294
34. **Time of Death:** 09:15 A.M.

**PART I. Immediate Cause of Death:**
(a) KIDNEY FAILURE
(b) ESSENTIAL HYPERTENSION
(c) RESPIRATORY FAILURE WITH HYPOXIA

44. **Place of Injury:** NATURAL
46. **Medical Examiner Contacted:** NO
48. **Signature of Person Completing Cause of Death:** /S/ NIRAJ I PATEL
   **Title:** MEDICAL DOCTOR
   **Address:** 10800 MIDLOTHIAN TURNPIKE NORTH CHESTERFIELD, VIRGINIA 23235
   **Medical License No.:** 0101292936
   **Date Signed:** JUNE 1, 2023

**Name of Person Providing Medical Certification of Death:** NIRAJ I PATEL

**Date Issued:** June 2, 2023

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department of Health, Richmond, Virginia.

*Seth Austin, Director and State Registrar*

VS 15C



Dear Sir or Madam,

This document is a record of the information provided at the time of the event. This certificate legal document and all information should be reviewed for accuracy.
If you have any questions or concerns please return the certificate (if necessary) with a letter explanation to:

State Health Department
Office of Vital Records
P.O. Box 1000
Richmond, VA 23218